IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 08 80246MISC VRW

ORDER TO SHOW CAUSE

Eric Phillip Xanthopoulos - #235973

_____/

It appearing that Eric Phillip Xanthopoulos has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective October 14, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 30, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Eric Phillip Xanthopoulos
Attorney At Law
2370 Market Street, Apt. 375
San Francisco, CA 94114